JS-6

---

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:23-cv-08994-JLS-AS                                          Date: September 13, 2024

Title: Gregory Podlucky et al v. United States of America

---

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Derek Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                            Attorneys Present for Defendant:

Not Present                                                            Not Present

**PROCEEDINGS:   (In Chambers) ORDER DISMISSING ACTION**

      The Court denied Plaintiffs' application to proceed *in forma pauperis*. (ECF 17.)  Plaintiffs appealed, and their appeal was dismissed.  (ECF 18, 21.)

      In light of Plaintiff's failure to pay the filing fee in this case, it is dismissed without prejudice.  (*See* ECF 17 ("Failure to timely comply with these instructions will result in dismissal of this case without prejudice.")

      **IT IS SO ORDERED.**

Initials of Deputy Clerk:  dd